

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTORIA GREEN,

    Defendant.

Violations:
18 U.S.C. § 922(a)(6)
18 U.S.C. § 922(d)

Case: 2:26-cr-20113
Assigned To : White, Robert J.
Referral Judge: Patti, Anthony P.
Assign. Date : 2/25/2026
Description: INDI USA v GREEN (JP)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(a)(6)
*False Statement During Acquisition of A Firearm*

On or about October 30, 2025, in the Eastern District of Michigan, Southern Division, the defendant, VICTORIA GREEN, in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of

Title 18, United States Code, in violation of Title 18, United States Code, Sections 922(a)(6).

## COUNT TWO
18 U.S.C. § 922(d)
*Providing a Firearm to a Prohibited Person*

On or about October 30, 2025, in the Eastern District of Michigan, Southern Division, the defendant, VICTORIA GREEN, knowingly disposed of a firearm to a person, knowing and having reasonable cause to believe that the person had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Information, Defendant VICTORIA GREEN shall forfeit to the United

2

States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in and used in any knowing violation of said offense, including but not limited to: one Ruger, AR556, 5.56 caliber rifle, magazines, and ammunition.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/Craig Wininger*
CRAIG WININGER
Chief, Violent and Major Crimes Unit

*s/Robert Kuhn*
ROBERT KUHN
MATTHEW ROTH
Assistant United States Attorneys

Dated: February 25, 2026

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:26-cr-20113<br>Assigned To : White, Robert J.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 2/25/2026<br>Description: INDI USA v GREEN (JP) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | AUSA's Initials: *s/R.K.* |

Case Title: USA v. Victoria Green

County where offense occurred: Wayne

Offense Type: Felony

Indictment -- prior complaint - Case No. 25-MJ-30704

**Superseding Case Information**

Superseding to Case No: _____  Judge: _____

Reason:

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

February 25, 2026
Date

Robert Kuhn
Matthew Roth
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Robert.Kuhn@usdoj.gov
(313) 226-9707
Bar #: P83821

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.